UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE )
COMPANY, )
)
Plaintiff, )
v. )                    C.A. No. 96-10804-DPW
)
THE BLACK & DECKER )              Case No. 1:04-CV-10674-DPW
CORPORATION, BLACK & DECKER )     (Old Southington Landfill Site)
INC., BLACK & DECKER (U.S.) )
INC., EMHART CORPORATION, )       Case No. 1:04-CV-10678-DPW
and EMHART, INC., )               (Shaffer Landfill Site)
)
Defendants. )                     Case No. 1:04-CV-10680-DPW
)                                 (Solvents Recovery Service Site)

## JOINT MOTION TO EXTEND TIME

Pursuant to Local Rule 7.1, plaintiff, Liberty Mutual Insurance Company

("Liberty Mutual"), and defendants, The Black & Decker Corporation, et al. ("Black

& Decker"), hereby jointly move that the Court extend the periods for filing certain

submissions, pursuant to the Court's September 23, 2004 Scheduling Order, as

follows:

    1.    The due date for the parties' respective Motions for Summary

Judgment regarding the Shaffer Landfill, Solvents Recovery Service, and Old

Southington Landfill sites shall be extended to October 13, 2004.   The oppositions

to those motions will be due on November 17, 2004, and the reply memoranda

concerning those motions will be due on December 6, 2004.

    WHEREFORE, the parties respectfully request that the Court grant the

extension requested in this motion, approving the due dates set forth above.

LIBERTY MUTUAL
INSURANCE COMPANY

By its attorneys,

_____/s/ Janice Kelley Rowan_____
Ralph T. Lepore III (BBO 294420)
Janice Kelley Rowan (BBO 265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700


THE BLACK & DECKER CORPORATION,
et al.

By their attorneys,

_____/s/ Richard L. Binder_____
Jack R. Pirozzolo (BBO 400400)
Richard L. Binder (BBO 043240)
WILLCOX, PIROZZOLO & MCCARTHY,
Professional Corporation
50 Federal Street
Boston, MA  02110
(617) 482-5470

Dated:  October 6, 2004

# 2303770_v1