UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., <br><br> Defendants. | C.A. No. 96-10804-DPW <br><br> Case No. 1:04-CV-10674-DPW <br> (Old Southington Landfill Site) <br><br> Case No. 1:04-CV-10678-DPW <br> (Shaffer Landfill Site) <br><br> Case No. 1:04-CV-10680-DPW <br> (Solvents Recovery Service Site) |

**JOINT MOTION TO EXTEND TIME**

Pursuant to Local Rule 7.1, plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), and defendants, The Black & Decker Corporation, et al. ("Black & Decker"), hereby jointly move that the Court extend the periods for filing certain submissions, pursuant to the Court's September 23, 2004 Scheduling Order, as follows:

1. The due date for the parties' respective Motions for Summary Judgment regarding the Shaffer Landfill, Solvents Recovery Service, and Old Southington Landfill sites shall be extended to October 18, 2004. The oppositions to those motions will be due on November 22, 2004, and the reply memoranda concerning those motions will be due on December 9, 2004.

WHEREFORE, the parties respectfully request that the Court grant the extension requested in this motion, approving the due dates set forth above.

- 2 -

| | |
|---|---|
| LIBERTY MUTUAL<br>INSURANCE COMPANY | THE BLACK & DECKER CORPORATION,<br>et al. |
| By its attorneys, | By their attorneys, |
|     /s/ Janice Kelley Rowan<br>Ralph T. Lepore III (BBO 294420)<br>Janice Kelley Rowan (BBO 265520)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 523-2700 |     /s/ Richard L. Binder<br>Jack R. Pirozzolo (BBO 400400)<br>Richard L. Binder (BBO 043240)<br>WILLCOX, PIROZZOLO & MCCARTHY,<br>Professional Corporation<br>50 Federal Street<br>Boston, MA  02110<br>(617) 482-5470 |

Dated:  October 11, 2004

# 2315183_v1