UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | CIVIL ACTION NO. 96-10804-DPW NO:1:04-CV:10678-DPW |
| Plaintiff, | ) ) | [Shaffer Landfill] |
| v. | ) ) |  |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Shaffer Landfill;

- Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Shaffer Landfill; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding Shaffer Landfill.

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 20, 2004         /s/Jack R. Pirozzolo
                                Jack R. Pirozzolo BBO# 400400
                                Richard L. Binder BBO# 043240
                                Judith S. Ziss, BBO# 544937
                                Willcox, Pirozzolo & McCarthy
                                Professional Corporation
                                50 Federal Street
                                Boston, Massachusetts  02110
                                (617) 482-5470