UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV:10678-DPW <br> [Shaffer Landfill] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Black & Decker's Opposition to Liberty Mutual Insurance Company's Supplemental Motion for Summary Judgment with respect to the Shaffer Landfill Site.

The original document is maintained in the case file in the Clerk's Office.

Dated: November 24, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO # 400400
Richard L. Binder BBO # 043240
Judith S. Ziss BBO # 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470
Attorneys for defendants