UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE COMPANY,  ) | NO. 96-10804-DPW |
| ) | NO. 1:04-CV-10674-DPW |
| Plaintiff,                ) | (Old Southington Landfill) |
| ) | NO. 1:04-CV-10680-DPW |
| v.                     ) | (Solvents Recovery Service) |
| ) | |
| THE BLACK & DECKER CORPORATION,    ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC.,           ) | |
| ) | |
| Defendants.              ) | |
| _____) | |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING SOLVENTS RECOVERY SERVICE AND
OLD SOUTHINGTON LANDFILL SITES**

Notice is hereby given that the following documents have been manually filed under seal

with the Court and are available in paper form only.

- Reply Memorandum In Support Of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding Shaffer Landfill;

- Affidavit Of Warren Anthony Fitch; and

- Affidavit of Richard L. Binder.

The original documents are maintained in the case file in the Clerk's Office.


Dated: December 10, 2004                    /s/ Jack R. Pirozzolo
                                            Jack R. Pirozzolo, BBO# 400400
                                            Richard L. Binder, BBO# 043240
                                            James J. Nicklaus, BBO# 564806
                                            Willcox, Pirozzolo & McCarthy
                                            Professional Corporation
                                            50 Federal Street
                                            Boston, Massachusetts  02110
                                            (617) 482-5470